Edwin Allen Groover
6161 S Moson Rd.
Herford, AZ 85615-9379
lowet55@gmail.com
520-400-3124

FILED _____ LODGED
RECEIVED _____ COPY

MAR 1 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# IN UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

### 405 W. Congress Street Tucson, AZ 85701

| | |
|---|---|
| EDWIN A. GROOVER, | Case No.:  CV-22-00122-TUC-JCH |
| Plaintiff, | |
| vs. | COMPLAINT |
| U.S. OFFICE OF PERSONNEL MANAGEMENT. | |
| Defendant | |

## Jurisdiction

This court has jurisdiction over this matter pursuant to Title 18 U.S.C. section 1983, 4th and 14th amendments. The plaintiff is a resident of Hereford, Cochise County, AZ and a citizen of the United States.

The defendant, is a resident of Boyers, PA. This cause of action arose in the Tucson division.

## Cause of action

Defendants owed a duty to plaintiff to guard against encroachment of constitutionally protected rights.

Defendants owed a duty to follow Federal Law 5 U.S.C.

1

Defendants owed a duty to follow instructions on <u>Optional form 311</u>.

## **Complaint**

Denial of due process, Deprivation of rights under color of law, creating fictitious obligations, Fraud, intentional infliction of emotional distress, deliberate infliction of harm.

The Petitioner has brought this complaint to challenge the Office of Personnel Management actions that have resulted in OPM seizing of the Petitioners' private property (retirement pay) without proper authority. <u>Federal Law 5 U.S.C. Chapter/ Subchapter B/ Part 582 Service of Legal Process</u> provides for the garnishment of the pay of Federal employees. Plaintiff is not a federal employee. Plaintiff is a federal retiree.

OPM action against plaintiff has created a fictitious obligation to reimburse OPM by using the color of law to seize plaintiff's property.

Legal process from a competent court has not been served to plaintiff.

5 CFR § 582.102 - Definitions.

*(2) **Employee or employee-obligor** means an individual who is employed by an agency as defined in this section, including a reemployed <u>annuitant</u>, an individual engaged in <u>phased employment</u> as defined in part 831, subpart Q, and <u>part 848</u> of this chapter, and a retired member of the uniformed services who is employed by an <u>agency</u>. **<u>Employee does not include a retired employee,</u>** a member of the uniformed services, a retired member of the uniformed services, or an individual whose service is based on a contract, including an individual who provides personal services based on a contract with an <u>agency</u>.*

1. Pursuant to 5 CFR § 582.102, OPM has acted in absence of authority.

2

2. Pursuant to 5 U.S.C. § 5520a, OPM has fraudulently completed federal documents.

3. OPM has denied plaintiff due process of law as secured by the 4th Amendment of the US Constitution.

4. OPM has deprived plaintiff of the right to challenge their claim in a court of law.

5. OPM has taken plaintiffs property under color of law.

6. As a result of OPM willful, intentional and lawless actions toward plaintiff has caused plaintiff to experience emotional distress, and the proceeding has inflicted harm.

7. Defendants' actions have caused plaintiff to labor in managing with the loss of retirement monies.

8. OPM personnel have sworn oaths of office to guard constitutionally protected rights.

9. The individuals responsible for completing said documents knowingly and willingly violated constitutionally protected rights.

10. The individuals responsible for these actions at OPM have knowingly and willingly violated 5 CFR Part 582.

*16Am Jurisprudence 2d., Sec. 97:"Then a constitution should receive a literal interpretation in favor of the Citizen, is especially true, with respect to those provisions which were designed to safeguard the liberty and security of the Citizen in regard to person and property." Bary v. United States - 273 US 128 "Any constitutional provision*

*intended to confer a benefit should be liberally construed in favor in the clearly intended and expressly designated beneficiary" THE PEOPLE.*

## **Demand**

Plaintiff demands that OPM cease and desist fraudulent wage garnishment action immediately and return plaintiffs' property plus interest. Defendants' egregious actions entitle plaintiff to recover money damages: $500,000.00.

In addition, plaintiff prays such other and further relief as to the jury demanded in this case shall appear just. The Plaintiff demands a trial by jury. **Damages: $500,000.00.**

Date: 2-24-2022

Pro Se Plaintiff
Edwin Allen Groover
6161 S MOSON RD
HEREFORD, AZ 85615-9379
(520) 400-3124

4